IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN ZWINK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A telephonic conference was held with counsel for the government and the defendant.  Defendant's counsel stated that the defendant is waiving his right to a jury trial, and the parties requested that the trial of this case be continued.

IT THEREFORE HEREBY IS ORDERED:  The nonjury trial of the defendant is set to commence before the undersigned at 9:00 a.m. on August 22, 2005.  If the trial is not completed on August 22, 2005, it will resume at 10:00 a.m. on August 23, 2005.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge