IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN ZWINK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the parties' joint oral motion for a continuance of trial,

IT IS ORDERED:

1. A telephonic hearing on the motion to continue shall be held before the undersigned on August 22, 2005 at 9:00 a.m. Counsel for the government shall place the call.

2. Pending the court's ruling on the motion to continue, the commencement of trial is continued to August 23, 2005 at 9:00 a.m.

DATED this 19th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge