IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ALAN ZWINK, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court has considered the Plaintiff's Motion to Dismiss Without Prejudice (filing13) and finds that said motion should be approved.

    IT IS SO ORDERED this 23rd day of January, 2006.

                                                       BY THE COURT:

                                                       s/ *Richard G. Kopf*
                                                       United States District Judge